IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-10-0150 |
| v. | * | Civil No. – JFM-16-286 |
| | * | |
| DAYVON WATSON | * | |

******

**MEMORANDUM**

Davyvon Watson has filed a motion to pursuant to 28 U.S.C. §2255(f)(3). The motion will be denied. Petitioner was sentenced pursuant to a plea entered under Fed. R. Crim. P. 11(c)(1)(C) to 240 months. This is based upon a sentence of 180 months under count I and a mandatory consecutive count of five years under count II. Petitioner was sentenced as an Armed Career Criminal under count I.

Petitioner relies upon *Johnson v. United States*, 135 S.Ct. 2551 (2015) which invalidated the residual clause of the ACCA definition for violent felony as constitutionally vague. The flaw in his argument is that he was sentenced as an "Armed Career Criminal" not because he had three previous convictions for a violent felony but because he had three previous convictions for a serious drug offense. Thus, *Johnson* simply does not apply.

A separate order denying petitioner's motion is being entered herewith.

Date: 4/8/16

J. Frederick Motz
United States District Judge